■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY CHARLES, Appellant. [971 NYS2d 895]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lasak, J.), rendered March 7, 2012, convicting him of criminal

possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court considered improper factors in imposing sentence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Aviles*, 87 AD3d 547 [2011]; *People v Garson*, 69 AD3d 650 [2010]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Mastro, Dickerson, Lott and Miller, JJ., concur.